In the Matter of MARGARET M. FOX in Behalf of EDWARD J. RUSSELL, Appellant, for Writs of Habeas Corpus and Certiorari.

THE MEDICAL SUPERINTENDENT OF THE STATE HOSPITAL FOR INSANE PATIENTS AT DANNEMORA, Respondent.

*Matter of Fox*, 110 App. Div. 919, affirmed.
(Submitted March 19, 1906; decided April 3, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1905, which affirmed an order of Special Term dismissing writs of habeas corpus and certiorari herein.

*Charles E. Le Barbier* for appellant.

*Julius M. Mayer, Attorney-General (Danforth E. Ainsworth* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and WILLARD BARTLETT, JJ. Not sitting: CHASE, J.